**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WENZHOU ZEHUI CLOTHING CO., LTD.

Plaintiff,

v.

SKECHERS U.S.A., INC. II

Defendant,

Case No. 2:26-cv-05405 SVW (SSCx)

**~~[PROPOSED]~~ ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE**
**[ECF NO. 21]**

The Court is in receipt of the parties' Joint Stipulation of Dismissal With Prejudice (ECF No. 21, the "Stipulation").

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(c), a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. The parties have resolved all claims and counterclaims asserted in this action and have stipulated to dismissal with prejudice.

The Stipulation is therefore sufficient to close the case. This action, including all claims and counterclaims, is DISMISSED WITH PREJUDICE. All pending dates are vacated and taken off the calendar.

**IT IS SO ORDERED.**

Date: October 9, 2026

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE